UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOROTHY ASTORGA,<br><br>  Plaintiff,<br><br>v.<br><br>IDAHOAN FOODS, LLC,<br><br>  Defendant. | Case No. 4:18-cv-000195-DCN<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order entered concurrently herewith,

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of the Defendant, and this case closed.

DATED: August 29, 2019

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1